### No. 3.

**BOARDMAN** *against* **STONE.** *Chittenden*, 1815.

DEATH of the principal *after* a return of *non est inventus*, will not discharge the bail on the back of the writ.

Note.—Since this decision, an act passed November 11, 1818, has provided, That the principal dying before final judgment on scire facias, bail to be discharged. Acts of 1818, p. 75.